# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2067

Janice Hargrove Warren

Appellee

v.

Mike Kemp, in his official capacity as a Member of the Board of the Pulaski County Special School District and in his individual capacity, et al.

Appellants

No: 22-2169

Janice Hargrove Warren

Appellant

v.

Mike Kemp, in his official capacity as a Member of the Board of the Pulaski County Special School District and in his individual capacity, et al.

Appellees

---

Appeals from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cv-00655-BSM)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

October 05, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans