# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 23, 2023

To: All Counsel of Record

RE: 22-2067  Janice Warren v. Mike Kemp, et al.
22-2169  Janice Warren v. Mike Kemp, et al.

23-1228  Entergy Arkansas, LLC v. Arkansas Electric Energy Consumers, Inc.

22-1676  United States v. Darrius Redd

22-1375  Ian Wallace v. Pharma Medica Research, Inc., et al.

22-2600  Mark Nieters v. Brandon Holton, et al.

Dear Counsel:

The above-named cases are scheduled for oral argument on Thursday, June 15, 2023, in St. Louis, Missouri. Oral arguments will now be held in the **Division II courtroom** located in the Southwest corner on the 27th floor.

If you have any questions, please contact the Clerk's Office.

Michael E. Gans
Clerk of Court

MR

cc: Ms. K. McKenzie Anderson
Mr. George J. Bequette Jr.
Mr. Matthew T. Brown
Mr. Cesar Caballero
Mr. Terrence Cain
Ms. Grace E. Chang
Mr. Justin E. Craig
Ms. Jessica M. Donels
Ms. Terese Adele Drew
Mr. Jared A. Dummitt
Mr. Kyle J. Essley
Ms. Karen H. Freese
Mr. Michael B. Heister

Ms. Sarah H. Jenkins
Ms. Amy L Jennings
Mr. William C. Kees
Mr. Dennis Lane
Ms. Michelle Mackel-Wiederanders
Mr. M. Shawn McMurray
Ms. Gina Messamer
Mr. Austin Porter Jr.
Ms. Kelsey L. Robinson
Mr. Joel D. Schwartz
Mr. Jordan B. Tinsley
Mr. Sanford I. Weisburst
Mr. Brian M. Wendler
Ms. Marie D. Zosa

District Court/Agency Case Number(s): 4:19-cv-00655-BSM
4:18-cv-01859-PLC
4:20-cr-00156-RGE-1
4:19-cv-00655-BSM
4:21-cv-00042-RGE
4:20-cv-01088-BSM